# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 15, 2017

Stephen J. Markman,
Chief Justice

154764(80)

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

LONNIE JAMES ARNOLD,
      Defendant-Appellee.
_____/

SC: 154764
COA: 325407
Monroe CC: 13-040406-FH

On order of the Chief Justice, the second motion of defendant-appellee to extend the time for filing his brief is GRANTED. The brief will be accepted for filing if submitted on or before August 16, 2017.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 15, 2017



Clerk